IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | | |
|---|---|---|
| **MICHAEL LEE MCCRANIE,** | * | |
| **ADC #151022,** | * | |
| | * | |
| Plaintiff, | * | |
| v. | * | No. 4:22-cv-00050-JJV |
| | * | |
| **TASHALIA T. DUNLAP,** | * | |
| **Correctional Sergeant,** | * | |
| **Arkansas Department of Corrections** | | |
| | * | |
| Defendant. | * | |

**MEMORANDUM AND ORDER**

Michael Lee McCranie ("Plaintiff") is a prisoner in the Varner Unit of the Arkansas Division of Correction. He has filed this *pro se* action, pursuant to 42 U.S.C. § 1983, alleging Defendant Tashalia T. Dunlap used excessive force against him on November 16, 2021. (Doc. 2.) Defendant has filed an Answer. (Doc. 10.) The parties have consented to proceed before me and are in the discovery stage of the proceedings. (Docs. 15, 19.)

Plaintiff has recently filed a voluntary Motion to Dismiss. (Doc. 23.) Defendants have informed the Court *via email* that they do not oppose the Motion. Further, I find Plaintiff presented a proper explanation as to why he wishes to dismiss this case, dismissal would not waste judicial time and effort, and dismissal will not prejudice Defendant. Accordingly, Plaintiff's Motion is granted. *See Blaes v. Johnson & Johnson*, 858 F.3d 508, 512 (8th Cir. 2017).

IT IS, THEREFORE, ORDERED that:

1. Plaintiff's Motion to Dismiss (Doc. 23) is GRANTED, the Complaint (Doc. 2) is DISMISSED without prejudice, and this case is CLOSED.

2.       It is certified, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

Dated this 3rd day of May 2022.

                                                                                                _____
                                                                                                JOE J. VOLPE
                                                                                                UNITED STATES MAGISTRATE JUDGE