IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | | |
|---|---|---|
| **MICHAEL LEE MCCRANIE,** | * | |
| ADC #151022, | * | |
| | * | |
| Plaintiff, | * | |
| v. | * | No. 4:22-cv-00050-JJV |
| | * | |
| **TASHALIA T. DUNLAP,** | * | |
| **Correctional Sergeant,** | * | |
| **Arkansas Department of Correction** | | |
| | * | |
| Defendant. | * | |

## JUDGMENT

Pursuant to the Order entered today, it is considered, ordered, and adjudged that Plaintiff's claims are DISMISSED, and this case is CLOSED. I certify, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal would not be taken in good faith.

DATED this 3rd day of May 2022.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE